



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAJMA RALLS

                                        :      CIVIL ACTION
                                        :
      vs.                             :
                                        :      NO. 12-3137

KENTWOOD LAW GROUP

O R D E R

      **AND NOW, TO WIT:** This 24TH day of SEPTEMBER, 2012 it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                                            **MICHAEL E. KUNZ**, Clerk of Court

                                                            BY: _____
                                                                         Sharon Carter
                                                                         Deputy Clerk

Civ 2 (7/83)
41.1(b)

**ENTERED**

SEP 2 5 2012

**CLERK OF COURT**